UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT PADUCAH
CIVIL ACTION NO. 5:24-CV-0093-CRS-LLK

KAREEM M. EDWARDS PETITIONER

v.

WARDEN DAVID BRADLEY RESPONDENT

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Petitioner Kareem M. Edwards filed a petition for writ of habeas corpus under 28 U.S.C. § 2254 (DN 1). The petition was referred to Magistrate Judge Lanny King for report and recommendation. Order, DN 16. Magistrate Judge King entered his Findings of Fact, Conclusions of Law, and Recommendations on August 3, 2026, (DN 32) (the "Report") recommending that the § 2254 petition be denied and that no certificate of appealability be issued because the petition fell outside the applicable 1-year period of limitation. Report, DN 32, at PageID# 340.

Objections to the Report were due within fourteen days after service. *See* 28 U.S.C. § 636(b)(1)(C); FED. R. CIV. P. 72(b)(2). No objections to the Report were filed and the time for doing so has passed. As a result, this Court need not review under a *de novo* or any other standard those aspects of the Report in which no specific objection is made and may adopt the findings and rulings for which no specific objection is filed. *Thomas v. Arn*, 474 U.S. 140, 150, 155 (1985).

Nevertheless, the Court has conducted its own review and finds no error in the Report.

Accordingly, and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED**:

1. The Report of the United States Magistrate Judge Lanny King (**DN 32**) is **ACCEPTED** in whole and **INCORPORATED** by reference herein.

2. A separate judgment shall issue this date.

November 3, 2026

**Charles R. Simpson III, Senior Judge**
**United States District Court**